```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX027770
Cashier ID: sg
Transaction Date: 05/03/2010
Payer Name: ROBERT SCHULTZ
----------------------------------------
MISCELLANEOUS PAPERS
 For: ROBERT SCHULTZ
 Amount:        $39.00
----------------------------------------
CREDIT CARD
 Amt Tendered: $39.00
----------------------------------------
Total Due:     $39.00
Total Tendered: $39.00
Change Amt:    $0.00

10-CV-01003


A fee of $45.00 will be assessed on
any returned check.
```