IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-01003-CMA-KMT

---

Skytruck Company, LLC, a Florida Corporation,

    Applicant,

vs.

Sierra Nevada Corporation, a Nevada Corporation,

    Respondent.

---

**Proof of Service**
**Application for an Order to Show Cause Why a**
**Subpoena Should Not Be Enforced**

---

    I hereby certify that on the 5th day of May 2010, I caused the Application for an Order to Show Cause Why a Subpoena Should Not Be Enforced to be served by electronic mail addressed to the following:

| | |
|---|---|
| Matthew B. Hippler | Joseph Raia |
| Holland & Hart LLP | John F. Mariani |
| 5441 Kietzke Lane | Gunster, Yoakley & Stewart, P.A |
| 2nd Flr. Main | 2 South Biscayne Boulevard, Suite #3400 |
| Reno, NV 89511 | Miami, FL 33131-1897 |
| E-mail: mhippler@hollandhart.com | E-mail: jraia@gunster.com |
| Attorneys for Sierra Nevada Corporation | Attorneys for Sikorsky Aircraft Corporation |

/s Robert B. Schultz
Robert B. Schultz