IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:10-cv-01003-CMA-KMT

SKYTRUCK COMPANY, LLC, a Florida Corporation,

    Applicant,

vs.

SIERRA NEVADA CORPORATION, a Nevada Corporation,

    Respondent.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO JUNE 1, 2010, TO RESPOND TO APPLICATION FOR AN ORDER TO SHOW CAUSE

    Sierra Nevada Corporation ("SNC") respectfully requests the Court grant an extension of time until June 1, 2010 (3 business days) within which to respond to Plaintiff's Application for an Order to Show Cause Why a Subpoena Should Not Be Enforced ("Application"). In support, SNC states as follows:

    1.    Pursuant to D.C. Colo. LCivR 7.1(a), SNC counsel has conferred with Plaintiff's counsel, who has no objection.

    2.    SNC was served with the Application on May 5, 2010, and its response is due on May 26, 2010.

    3.    SNC's counsel in Denver is new to the matter (though part of the same law firm), and needs brief, additional time to gather facts and understand the circumstances in order to properly respond to the Application.

    4.    No party will be prejudiced by the requested extension.

WHEREFORE, SNC respectfully requests an extension to and including June 1, 2010 within which to file a response to the Application.

Dated May 21, 2010.

        Respectfully submitted,

        s/ Greg Goldberg
        Greg Goldberg
        Joseph Neguse
        Holland & Hart LLP
        555 Seventeenth Street, Suite 3200
        Denver, Colorado  80201-8749
        Phone: 303.295.8099
        Fax:  303.727.5848
        ggoldberg@hollandhart.com
        jneguse@hollandhart.com
        **ATTORNEYS FOR SIERRA NEVADA CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2010, a copy of the foregoing document was sent by e-mail to the following:

>Robert Schultz
>9710 W.82nd Ave.
>Arvada, CO 80005
>Tel (303) 456-5565
>Fax (303) 456-5575
>bob@rbschultz.com

s/Brooke Nicholson