# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 10-cv-01003-CMA-KMT        FTR - Courtroom C-201

**Date:** June 17, 2010                          Courtroom Deputy: Valeri P. Barnes

| | |
|---|---|
| SKYTRUCK COMPANY, LLC., a Florida Corporation, | Robert Schultz<br>Noel Guardi |
| Applicant, | |
| v. | |
| SIERRA NEVADA CORPORATION, a Nevada Corporation, | Gregory Goldberg<br>Matthew Hippler *(telephonically)* |
| Respondent. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: Motions**

**10:44 a.m.**     **Court in session**.

Argument.

**ORDERED:** Applicant's Application for an Order to Show Cause Why a Subpoena Should Not be Enforced **(1)** is **granted**. Documents shall be produced no later than **July 1, 2010**.

**ORDERED:** Respondent's Non-Party's Motion for Attorneys' Fees and Costs **(9)** is **denied**.

**ORDERED:** Applicant's Cross Motion for Sanctions **(11)** is **denied**.

**11:57 a.m.**     **Court in recess/hearing concluded**.

Total in-court time: 1:13

\*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.