**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01003-CMA-KMT

SKYTRUCK COMPANY, LLC, a Florida corporation,

    Applicant,

v.

SIERRA NEVADA CORPORATION, a Nevada corporation,

    Respondent.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

This matter is before the Court *sua sponte*. On June 17, 2010, a motions hearing was held before Magistrate Judge Tafoya at which hearing, Respondent's Non-Party Motion for Attorneys' Fees and Costs (Doc. # 9) and Applicant's Cross-Motion for Sanctions (Doc. # 11) were denied. Further, the Magistrate Judge granted Applicant's Application for an Order to Show Cause Why a Subpoena Should Not Be Enforced (Doc. # 1), indicating that documents should be produced <u>no later than July 1, 2010</u>. To date, no documents or other pleadings have been entered in this matter. Therefore,

IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED: August 13, 2010

BY THE COURT:

*/s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge